Honorable John C. Coughenour

UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEXANDER SERRA, M.D., <br><br> Plaintiff, <br><br> v. <br><br> CENTER FOR DIAGNOSTIC IMAGING, INC., a Minnesota corporation; CDI MANAGEMENT CORP., a Minnesota corporation; ONEX, INC., a Canadian corporation; DON JACOBSEN, an individual; TOM TOMLINSON, an individual; and ROBERT BAUMGARTNER, an individual, <br><br> Defendants. | No. C 05-0827 JCC <br><br> STIPULATION OF DISMISSAL WITH PREJUDICE, PURSUANT TO FED. R. CIV. P. 41(a)(1)(ii), AND [PROPOSED] ORDER THEREON |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, IT IS HEREBY STIPULATED between the parties, by and through their respective counsel of record, based upon the Confidential Settlement Agreement and Mutual Release effective July 5, 2005, that the claims of plaintiff Alexander Serra, M.D., asserted against defendants Center for Diagnostic Imaging, Inc., CDI Management Corp., Onex, Inc., Don Jacobsen, Tom Tomlinson and Robert Baumgartner in the above-captioned action, shall be and are hereby DISMISSED with prejudice, AND THAT all parties shall bear their own costs and attorneys' fees.



| | |
|---|---|
| Date: August 3, 2005 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | By___/s Jeffrey T. Sprung<br>   Jeffrey T. Sprung, WSBA #23607<br>1301 Fifth Ave., Suite 2900<br>Seattle, WA 98101<br>Telephone: 206-623-7292<br>Facsimile: 206-623-0594 |
| | Timothy T. Scott<br>SIDLEY AUSTIN BROWN & WOOD LLP<br>555 California Street<br>San Francisco, CA 94104<br>Telephone: 415-772-1296<br>Facsimile: 415-772-7400 |
| | Attorneys for Plaintiff |
| | GARVEY SCHUBERT BARER |
| | By___/s David Lieberworth<br>   David Lieberworth, WSBA #9329<br>1191 Second Ave., 18th Floor<br>Seattle, WA 98101<br>Telephone: 206-464-3939<br>Facsimile: 206-464-0125 |
| | Attorneys for Defendants |

**IT IS SO ORDERED.**

Dated: _____       By: _____
                                                          Hon. John C. Coughenour
                                                          United States District Judge

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER
Case No. C05-0827 JCC

1845.10 0037 MTN.DOC

- 2 -

HAGENS BERMAN
SOBOL SHAPIRO LLP
1301 FIFTH AVENUE, SUITE 2900 • SEATTLE, WA 98101
TELEPHONE (206) 623-7292 • FACSIMILE (206) 623-0594