UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALEXANDER SERRA, M.D.,

    Plaintiff,

v.

CENTER FOR DIAGNOSTIC IMAGING, INC., a Minnesota corporation; CDI MANAGEMENT CORP., a Minnesota corporation; ONEX, INC., a Canadian corporation; DON JACOBSEN, an individual; TOM TOMLINSON, an individual; and ROBERT BAUMGARTNER, an individual,

    Defendants.

CASE NO. C05-0827C

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

    Pursuant to the stipulation of the parties thereto (Dkt. No. 42), this action is hereby DISMISSED with prejudice. All parties shall bear their own costs and attorneys' fees.

    DATED this 5th day of August, 2005.

                                           BRUCE RIFKIN, Clerk of Court

                                           By  /s/ L. Simle
                                                 Deputy Clerk

MINUTE ORDER – 1